COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-384-CV

THE STATE OF TEXAS APPELLANT

V.

MAHARISHI GLOBAL DEVELOPMENT APPELLEE

FUND AND LONE STAR LAND BANK,

FLCA 

----------

FROM PROBATE COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant, The State Of Texas’ Notice To Withdraw Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

[DELIVERED JANUARY 16, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.